STARK COUNTY BAR ASSOCIATION *v.* MILLER.

[Cite as Stark Cty. Bar Assn. *v.* Miller (1989), 44 Ohio St. 3d 134.]

(No. 89-394—Submitted May 10, 1989—Decided July 26, 1989.)

*Kettler & Centrone, Richard T. Kettler, Michael S. Gruber* and *Gregory A. Beck,* for relator.

*Black, McCuskey, Souers & Arbaugh, Stephen D. Thompson, Homer R. Richards, Miller & Kyler* and *William A. Kyler,* for the respondent.

*Per Curiam.* We agree with the findings and recommendations of the board. We are particularly concerned with the fraud perpetrated on the trial court by the probating of the revoked will. Accordingly, respondent is hereby suspended for one year from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.